Vincent W. Davis, Esq. (SBN 125399)
Luke Jackson, Esq. (SBN 230084)
Law Offices of Vincent W. Davis & Associates
150 North Santa Anita Avenue, Suite 200
Arcadia, California 91006
Telephone: (626) 446-6442
Facsimile: (626) 446-6454
Email: v.davis@vincentwdavis.com

Attorneys for Plaintiffs
LISA CASTILLO, B.U. a Minor, and L. V. a Minor, by and through their *Guardian Ad Litem*, LISA CASTILLO

LAW OFFICES OF VINCENT W. DAVIS & ASSOCIATES
150 N. SANTA ANITA AVENUE, SUITE 200
ARCADIA, CALIFORNIA 91006
PHONE (626) 446.6442, FACSIMILE (626)446.6454

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LISA CASTILLO, B.U. a Minor, and L. V. a Minor, by and through their *Guardian Ad Litem*, LISA CASTILLO<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, RIHANA ACKLIN, LANA ADRIAN, ERASMO AGUILAR, NORMA WARD, VIRGINIA ESPINOZA, CHRISTINA ALFARO, and Does 1 through 9<br><br>Defendants. | Case No.: CV14-07702BRO(VBKx)<br><br>*[Assigned for all matters to the* ***Honorable Judge Beverly Reid O'Connell****, Courtroom 14]*<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT**<br><br>*[Filed concurrently with Cross-Motion for Summary Judgment]*<br><br>Hearing Date: May 23, 2016<br>Hearing Time: 1:30 p.m.<br>Dept.: 14 |

LAW OFFICES OF VINCENT W. DAVIS & ASSOCIATES
150 N. SANTA ANITA AVENUE, SUITE 200
ARCADIA, CALIFORNIA 91006
PHONE (626) 446.6442, FACSIMILE (626)446.6454

The cross-motion of Plaintiffs Lisa Castillo, B.U., a minor and L.V., a minor, by and through their guardian ad litem Lisa Castillo (hereinafter "Plaintiffs") for Summary Judgment and/or Partial Summary Judgment, came on regularly for hearing on May 23, 2016, with all parties represented by counsel. The Court having considered the papers and evidence submitted by both parties and the arguments of counsel, and good cause appearing the Court rules as follows:

Defendants' Motion for Summary Judgment is GRANTED.

As the evidence submitted by the parties on these issues is voluminous, the evidence cited below is not exhaustive, but is, in the Court's opinion, sufficient to defeat a summary ruling.

ISSUE I. Whether Plaintiffs are entitled to summary judgment on the First Claim for Relief and Second Claim for Relief alleged in Plaintiffs' First Amended Complaint, by Plaintiffs B.U. and L.V., for Violation of Civil Rights under 42 U.S.C. § 1983- 4th Amendment- Removal and Seizure.

a. GRANTED as to Defendants Acklin and Aguilar as Defendants removed minor Plaintiffs from Lisa Castillo in the absence of legally cognizable evidence under 9th Circuit precedent;

b. GRANTED as to Defendants Acklin and Aguilar as Defendants' initial detentions of the two minor Plaintiffs were without any exigency or consent as required by law;

LAW OFFICES OF VINCENT W. DAVIS & ASSOCIATES
150 N. SANTA ANITA AVENUE, SUITE 200
ARCADIA, CALIFORNIA 91006
PHONE (626) 446.6442, FACSIMILE (626)446.6454

c. GRANTED as to Defendants Acklin and Aguilar as Defendants' continued the detention of the two minor Plaintiffs for half a year while their mother consistently and frequently demanded her children back, constituting revocation of the purportedly "voluntary" placement agreement;

d. GRANTED as even if there were exigent circumstances supporting the warrantless detention of the two minor Plaintiffs, Defendants Acklin and Aguilar's actions exceeds the permissible scope of the action necessary to protect the children from that immediate threat, in that the passing of baby Moises was not caused by any action of Plaintiffs, per all treating physicians for the baby at the time of detention;

e. GRANTED as there were no exigent circumstances as a matter of law, in that the passing of baby Moises was not caused by any action of Plaintiffs, per all treating physicians for the baby at the time of detention, and that Defendants admit that there were no threats or risks posed by Castillo in their "safety assessment" and "risk assessment" documents.

ISSUE II. Whether Plaintiffs are entitled to summary judgment on the Third Claim for Relief alleged in Plaintiffs' First Amended Complaint brought by all Plaintiffs against Defendants County of Los Angeles, Acklin, Aguilar, Espinoza and Ward, for Violation of Civil Rights under 42 U.S.C. § 1983- 1st Amendment - Interference with Familial Relations.

a. GRANTED as Defendants County of Los Angeles, Acklin, Aguilar,

LAW OFFICES OF VINCENT W. DAVIS & ASSOCIATES
150 N. SANTA ANITA AVENUE, SUITE 200
ARCADIA, CALIFORNIA 91006
PHONE (626) 446.6442, FACSIMILE (626)446.6454

Espinoza and Ward took clear and unambiguous adverse action against the Plaintiffs, and had absolutely no "consent" to do so, as the "Voluntary" Placement Agreement was not signed until October 12, 2012;

b. GRANTED as Defendants County of Los Angeles, Acklin, Aguilar, Espinoza and Ward went so far as to alter the dates on said Agreement to back-date it to October 4, 2012 in a fraudulent attempt to justify the detention.

ISSUE III. Whether Plaintiffs are entitled to summary judgment on the Fourth Claim for Relief alleged in Plaintiffs' First Amended Complaint brought by all Plaintiffs against Defendants County of Los Angeles, Acklin, Aguilar, Espinoza and Ward are entitled to, for Violation of Civil Rights under 42 U.S.C. § 1983- 14th Amendment - Initial and Continued Detention.

a. GRANTED as Defendants County of Los Angeles, Acklin, Aguilar, Espinoza and Ward took clear and unambiguous adverse action against the Plaintiffs, and had absolutely no "consent" to do so, as the "Voluntary" Placement Agreement was not signed until October 12, 2012;

b. GRANTED as Defendants County of Los Angeles, Acklin, Aguilar, Espinoza and Ward went so far as to alter the dates on said Agreement to back-date it to October 4, 2012 in a fraudulent attempt to justify the detention.

ISSUE IV. Whether Plaintiffs are entitled to summary judgment on Plaintiffs' Fifth Claim for Relief alleged in Plaintiffs' First Amended Complaint, by all Plaintiffs

LAW OFFICES OF VINCENT W. DAVIS & ASSOCIATES
150 N. SANTA ANITA AVENUE, SUITE 200
ARCADIA, CALIFORNIA 91006
PHONE (626) 446.6442, FACSIMILE (626)446.6454

against Defendant County of Los Angeles is entitled to summary judgment, for Violation of Civil Rights under 42 U.S.C. § 1983- Monell Claim.

a. GRANTED as Defendants County of Los Angeles, Acklin, Aguilar, Espinoza and Ward are not deemed immune for their dependency investigations;

b. GRANTED as Defendants County of Los Angeles, Acklin, Aguilar, Espinoza and Ward were obligated to be truthful in court reports;

c. GRANTED as Defendants County of Los Angeles, Acklin, Aguilar, Espinoza and Ward went so far as to fabricate the “Voluntary” Placement Agreement in their DCFS case file upon which they rely to claim Ms. Castillo “consented” to the detention of her children in the middle of the night;

d. GRANTED as Defendant Acklin, at her March 28, 2016 deposition, admitted that the Agreement signed October 12, 2012 was the correct copy and that the one purportedly signed October 4, 2012 had been altered and tampered with;

e. GRANTED as Defendant Acklin’s admission directly undercuts the Defendants’ claim that they had prior written consent to detain Ms. Castillo’s two daughters;

f. GRANTED as Defendant Acklin’s conduct is more than sufficient to satisfy the Supreme Court's definition of circumstances in which qualified immunity would not be available.

LAW OFFICES OF VINCENT W. DAVIS & ASSOCIATES
150 N. SANTA ANITA AVENUE, SUITE 200
ARCADIA, CALIFORNIA 91006
PHONE (626) 446.6442, FACSIMILE (626)446.6454

**IT IS SO ORDERED.**

DATED: May ______, 2016

By: ______________________________
Hon. Judge Beverly Reid O'Connell
UNITED STATES DISTRICT COURT

LAW OFFICES OF VINCENT W. DAVIS & ASSOCIATES
150 N. SANTA ANITA AVENUE, SUITE 200
ARCADIA, CALIFORNIA 91006
PHONE (626) 446.6442, FACSIMILE (626)446.6454

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 150 North Santa Anita Avenue, Suite 200, Arcadia, California 91106.

On May 9 2016, I served the foregoing document described as:

**[PROPOSED] ORDER GRANTING PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE PARTIAL SUMMARY JUDGMENT**

on interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED MAILING LIST**

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed document(s) with the Clerk of the Court by using the CM/ECF system. Participants in this case who are registered CM/ECF users will be served by the CM/ECF system. Participants in this case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☐ **BY MAIL:** I deposited such envelope in the mail at Arcadia, California. The envelope was mailed with postage thereon fully prepaid. As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Burbank, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction.

Executed on May 9, 2016, at Arcadia, California.

/s/ Luke Jackson
Luke Jackson

LAW OFFICES OF VINCENT W. DAVIS & ASSOCIATES
150 N. SANTA ANITA AVENUE, SUITE 200
ARCADIA, CALIFORNIA 91006
PHONE (626) 446.6442, FACSIMILE (626)446.6454

## SERVICE LIST

**RE:** **Castillo, Lisa v. County of Los Angeles**
**Case No.:** **CV14-07702 BRO (VBKx)**

Avi Burkwitz, Esq., Bar No.: 217225
aburkwitz@pbbllp.com
Natalie U. Luongo, Esq., Bar No.: 285288
nluongo@pbbllp.com
**PETERSON · BRADFORD · BURKWITZ**
100 North First Street, Suite 300
Burbank, California 91502
Attorneys for Defendants