Avi Burkwitz, Esq., Bar No.: 217225
ABurkwitz@pbbllp.com
Diana Ratcliff, Esq., Bar No.: 228302
DRatcliff@pbbllp.com
Natalie U. Luongo, Esq., Bar No.: 285288
NLuongo@pbbllp.com
**PETERSON · BRADFORD · BURKWITZ**
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

Attorneys for Defendants,
COUNTY OF LOS ANGELES, RIHANA ACKLIN,
ERASMO AGUILAR, NORMA WARD AND VIRGINIA ESPINOZA

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

LISA CASTILLO, B.U. a Minor, and L.V., a Minor, by and through their Guardian Ad Litem, Lisa Castillo

Plaintiffs,

vs.

COUNTY OF LOS ANGELES, RIHANA ACKLIN, LANA ADRIAN, ERASMO AGUILAR, NORMA WARD, VIRGINA ESPINOZA, CHRISTINA ALFARO, AND Does 1 through 9

Defendants.

Case No.: CV14-07702 BRO (Ex)
Assigned to the Honorable: Beverly Reid O'Connell
Courtroom: 14

**JOINT STIPULATION TO CONTINUE DISPOSITIVE MOTION DEADLINES AND HEARING DATES**

*[Filed concurrently with [Proposed] Order]*

Complaint Filed: October 9, 2014
First Amended Complaint Filed: April 29, 2015

TO THE HONORABLE COURT, PLAINTIFFS and THEIR ATTORNEYS OF RECORD:

This Joint Stipulation to Continue the parties pending Dispositive Motion Deadlines And Hearing Dates is made by and between Plaintiffs LISA CASTILLO; B.U., a Minor; and L. V., a Minor; by and through their *Guardian Ad Litem*, LISA CASTILLO; and Defendants, County of Los Angeles, Rihana Acklin, Erasmo



PETERSON · BRADFORD · BURKWITZ
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

Aguilar, Norma Ward, and Virginia Espinoza; through their counsel of record.

This stipulation is entered into by and between counsel in order to allow the parties to engage in an informal settlement negotiations through private mediation before the Honorable Dickran M. Tevrizian on May 27, 2016, which was the first available date available for Hon. Dickran M. Tevrizian's calendar. There were no available dates prior to the currently set hearing on the parties' motions, which are set for May 23, 2016.

Good cause warrants the granting of this stipulation as the first available date for the parties to engage in mediation comes after the presently scheduled hearing date on their motion for partial summary judgment and cross motions. Further, the deadlines to submit Opposition and Reply papers comes prior to the mediation date (due May 16, 2013), which would create potentially unnecessary burden and expense on the parties which they wish to avoid.

Accordingly, the Parties propose the following continuation:

1) That Defendants' Motion for Summary Judgment, and/or Motion for Partial Summary Judgment presently set to be heard on May 23, 2016, shall be continued to June 20, 2016, at 1:30 PM, or to the first available date convenient for this Court's Calendar;
2) That Plaintiff's Partial Summary Judgment And Plaintiffs' Cross-Motion For Summary Judgment Or Partial Summary Judgment presently set to be heard on May 23, 2016, shall be continued to June 20, 2016, at 1:30 PM, or to the first available date convenient for this Court's Calendar;
3) That Plaintiff's Motion For Rule 11 Sanctions Against Defendants And/Or Their Counsel, presently set to be heard on May 23, 2016, shall be continued to June 20, 2016, at 1:30 PM, or to the first available date convenient for this Court's Calendar;

PETERSON · BRADFORD · BURKWITZ
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

4) All deadlines to submit Opposition and/or Reply papers to the foregoing motions shall be continued pursuant to the Local Rules and Federal Rules of Civil Procedure.

DATED: May 10 2016

LAW OFFICES OF VINCENT W. DAVIS & ASSOCIATES

/s/ Vincent W. Davis

Vincent W. Davis, Esq.
Luke Jackson, Esq.
Attorneys for Plaintiffs

DATED: May 10, 2016

PETERSON · BRADFORD · BURKWITZ

/s/ Avi Burkwitz

Avi Burkwitz, Esq.
Natalie U. Luongo, Esq.
Attorneys for Defendants,
COUNTY OF LOS ANGELES, RIHANA ACKLIN, ERASMO AGUILAR, NORMA WARD & VIRGINIA ESPINOZA

PETERSON · BRADFORD · BURKWITZ
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

PETERSON · BRADFORD · BURKWITZ
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 100 North First Street, Suite 300, Burbank, California 91502.

On May 10, 2016, I served the foregoing document described as:

**JOINT STIPULATION TO CONTINUE DISPOSITIVE MOTION DEADLINES AND HEARING DATES**

on interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED MAILING LIST**

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed document(s) with the Clerk of the Court by using the CM/ECF system. Participants in this case who are registered CM/ECF users will be served by the CM/ECF system. Participants in this case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☐ **BY MAIL:** I deposited such envelope in the mail at Burbank, California. The envelope was mailed with postage thereon fully prepaid. As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Burbank, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction.

Executed on May 10, 2016, at Burbank, California.

/s/ Lynda Kerekesh

Lynda Kerekesh

PETERSON · BRADFORD · BURKWITZ
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

# SERVICE LIST

**RE:** **Castillo, Lisa v. County of Los Angeles**

**Case No.:** CV14-07702 BRO (VBKx)

Vincent W. Davis, Esq.
Law Offices of Vincent W. Davis & Associates
150 N. Santa Anita Ave. Suite 200
Arcadia CA 91006
T: (626) 446-6442
F: (626) 446-6454
**Attorney for Plaintiff, Lisa Castillo**