Avi Burkwitz, Esq., Bar No.: 217225
ABurkwitz@pbbllp.com
Natalie U. Luongo, Esq., Bar No.: 285288
NLuongo@pbbllp.com
**PETERSON · BRADFORD · BURKWITZ**
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

Attorneys for Defendants,
COUNTY OF LOS ANGELES, RIHANA ACKLIN,
ERASMO AGUILAR, NORMA WARD AND VIRGINIA ESPINOZA

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

LISA CASTILLO, B.U. a Minor, and L.V., a Minor, by and through their Guardian Ad Litem, Lisa Castillo

Plaintiffs,

vs.

COUNTY OF LOS ANGELES, RIHANA ACKLIN, LANA ADRIAN, ERASMO AGUILAR, NORMA WARD, VIRGINA ESPINOZA, CHRISTINA ALFARO, AND Does 1 through 9

Defendants.

Case No.: CV14-07702 BRO (VBKx)
Assigned to the Honorable: Beverly Reid O'Connell
Courtroom: 14

**[PROPOSED] ORDER, RE: STIPULATION TO CONTINUE DISPOSITIVE MOTION DEADLINES AND HEARING DATE**

Complaint Filed: October 9, 2014
First Amended Complaint Filed: April 29, 2015

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**[PROPOSED] ORDER**

Upon good cause shown, IT IS HEREBY ORDERED that the Stipulation by and among the parties, Plaintiff, Lisa Castillo, Individually and as Guardian Ad Litem for her minor children B.U. and L.V. and Defendants, County of Los Angeles, Rihana Acklin, Erasmo Aguilar, Norma Ward and Virginia Espinoza ("Defendants"), through their counsel of record, to continue the dispositive motion

deadlines and hearing date is GRANTED. Therefore, the dispositive motion deadlines and hearing date is continued from May 23, 2016, to June 20, 2016, at 1:30 p.m., or to ______________________________. Deadlines to submit Opposition and Reply Briefs are also continued in accordance with the Federal Rules of Civil Procedure and Local Rules.

**IT IS SO ORDERED**:

DATED: _____________________ ________________________________

HON. BEVERLY REID O'CONNELL



PETERSON · BRADFORD · BURKWITZ
100 North First Street, Suite 300

PETERSON · BRADFORD · BURKWITZ
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 100 North First Street, Suite 300, Burbank, California 91502.

On May 10, 2016, I served the foregoing document described as:

**[PROPOSED] ORDER RE: STIPULATION TO CONTINUE DISPOSITIVE MOTION DEADLINES AND HEARING DATE**

on interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED MAILING LIST**

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed document(s) with the Clerk of the Court by using the CM/ECF system. Participants in this case who are registered CM/ECF users will be served by the CM/ECF system. Participants in this case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☐ **BY MAIL:** I deposited such envelope in the mail at Burbank, California. The envelope was mailed with postage thereon fully prepaid. As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Burbank, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction.

Executed on May 10, 2016, at Burbank, California.

/s/ Lynda Kerekesh

Lynda Kerekesh

PETERSON · BRADFORD · BURKWITZ
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

## SERVICE LIST

**RE: Castillo, Lisa v. County of Los Angeles**

**Case No.:** CV14-07702 BRO (VBKx)

Vincent W. Davis, Esq.
Law Offices of Vincent W. Davis & Associates
150 N. Santa Anita Ave. Suite 200
Arcadia CA 91006
T: (626) 446-6442
F: (626) 446-6454
**Attorney for Plaintiff, Lisa Castillo**