Avi Burkwitz, Esq., Bar No.: 217225
ABurkwitz@pbbllp.com
Natalie U. Luongo, Esq., Bar No.: 285288
NLuongo@pbbllp.com
**PETERSON · BRADFORD · BURKWITZ**
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

Attorneys for Defendants,
COUNTY OF LOS ANGELES, RIHANA ACKLIN,
ERASMO AGUILAR, NORMA WARD AND VIRGINIA ESPINOZA

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LISA CASTILLO, B.U. a Minor, and L.V., a Minor, by and through their Guardian Ad Litem, Lisa Castillo<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, RIHANA ACKLIN, LANA ADRIAN, ERASMO AGUILAR, NORMA WARD, VIRGINA ESPINOZA, CHRISTINA ALFARO, AND Does 1 through 9<br><br>Defendants. | Case No.: CV14-07702 BRO (VBKx)<br>Assigned to the Honorable: Beverly Reid O'Connell<br>Courtroom: 14<br><br>**ORDER, RE: STIPULATION TO CONTINUE DISPOSITIVE MOTION DEADLINES AND HEARING DATE**<br><br>Complaint Filed: October 9, 2014<br>First Amended Complaint Filed: April 29, 2015 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**ORDER**

Upon good cause shown, IT IS HEREBY ORDERED that the Stipulation by and among the parties, Plaintiff, Lisa Castillo, Individually and as Guardian Ad Litem for her minor children B.U. and L.V. and Defendants, County of Los Angeles, Rihana Acklin, Erasmo Aguilar, Norma Ward and Virginia Espinoza ("Defendants"), through their counsel of record, to continue the dispositive motion

PETERSON · BRADFORD · BURKWITZ
100 North First Street, Suite 300

deadlines and hearing date is GRANTED. Therefore, the dispositive motion deadlines and hearing date is continued from May 23, 2016, to June 20, 2016, at 1:30 p.m. Deadlines to submit Opposition and Reply Briefs are also continued in accordance with the Federal Rules of Civil Procedure and Local Rules.

IT IS SO ORDERED.

DATED: May 11, 2016

HON. BEVERLY REID O'CONNELL
United States District Judge