Avi Burkwitz, Esq., Bar No.: 217225
ABurkwitz@pbbllp.com
Diana Ratcliff, Esq., Bar No.: 228302
DRatcliff@pbbllp.com
Natalie U. Luongo, Esq., Bar No.: 285288
NLuongo@pbbllp.com
**PETERSON · BRADFORD · BURKWITZ**
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

Attorneys for Defendants,
COUNTY OF LOS ANGELES, RIHANA ACKLIN,
ERASMO AGUILAR, NORMA WARD AND VIRGINIA ESPINOZA

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

LISA CASTILLO, B.U. a Minor, and L.V., a Minor, by and through their Guardian Ad Litem, Lisa Castillo

Plaintiffs,

vs.

COUNTY OF LOS ANGELES, RIHANA ACKLIN, LANA ADRIAN, ERASMO AGUILAR, NORMA WARD, VIRGINA ESPINOZA, CHRISTINA ALFARO, AND Does 1 through 9

Defendants.

Case No.: CV14-07702 BRO (Ex)
Assigned to the Honorable: Beverly Reid O'Connell
Courtroom: 14

**NOTICE OF SETTLEMENT & REQUEST TO VACATE ALL PENDING HEARING AND TRIAL DATES**

Complaint Filed: October 9, 2014
First Amended Complaint Filed: April 29, 2015

TO THE HONORABLE COURT, PLAINTIFFS and THEIR ATTORNEYS OF RECORD:

TO HONORABLE BEVERLY REID O'CONNELL, and all parties and attorneys of record herein, PLEASE TAKE NOTICE THAT, the parties hereto have reached a "tentative" settlement in this matter on May 27, 2016.

The settlement is referred to herein as "tentative" since there is a County Approval process that must be conducted before the County can confirm approval of the settlement reached.



PETERSON · BRADFORD · BURKWITZ
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

PETERSON · BRADFORD · BURKWITZ
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

Based therein, the parties seek to have the Court vacate all currently set dates with this Court, including all law and motion hearing dates and trial dates.

Further in lieu of the presently scheduled motion hearing dates and trial dates, the parties request that the Court set an Order to Show Cause regarding settlement status within 120 days from the filing of this Notice of Settlement, or to the first available date convenient for this Court's calendar.

Respectfully submitted,

DATED: May 31, 2016 PETERSON · BRADFORD · BURKWITZ

By: /S/
Avi Burkwitz, Esq.
Diana Ratcliff, Esq.
Natalie U. Luongo, Esq.
Attorneys for Defendants,
COUNTY OF LOS ANGELES,
RIHANA ACKLIN, ERASMO AGUILAR, NORMA WARD & VIRGINIA ESPINOZA

PETERSON · BRADFORD · BURKWITZ
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 100 North First Street, Suite 300, Burbank, California 91502.

On May 31, 2016, I served the foregoing document described as:

**NOTICE OF SETTLEMENT & REQUEST TO VACATE ALL PENDING HEARING AND TRIAL DATES**

on interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED MAILING LIST**

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed document(s) with the Clerk of the Court by using the CM/ECF system. Participants in this case who are registered CM/ECF users will be served by the CM/ECF system. Participants in this case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☐ **BY MAIL:** I deposited such envelope in the mail at Burbank, California. The envelope was mailed with postage thereon fully prepaid. As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Burbank, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction.

Executed on May 31, 2016, at Burbank, California.

/S/

Nadia Rodriguez

PETERSON · BRADFORD · BURKWITZ
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

**SERVICE LIST**

**RE:** **Castillo, Lisa v. County of Los Angeles**

**Case No.:** CV14-07702 BRO (VBKx)

Vincent W. Davis, Esq.
Law Offices of Vincent W. Davis & Associates
150 N. Santa Anita Ave. Suite 200
Arcadia CA 91006
T: (626) 446-6442
F: (626) 446-6454
**Attorney for Plaintiff,**
**Lisa Castillo**