Avi Burkwitz, Esq., Bar No.: 217225
ABurkwitz@pbbllp.com
Diana Ratcliff, Esq., Bar No.: 228302
DRatcliff@pbbllp.com
Natalie U. Luongo, Esq., Bar No.: 285288
NLuongo@pbbllp.com
**PETERSON · BRADFORD · BURKWITZ**
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

Attorneys for Defendants,
COUNTY OF LOS ANGELES, RIHANA ACKLIN,
ERASMO AGUILAR, NORMA WARD AND VIRGINIA ESPINOZA

PETERSON · BRADFORD · BURKWITZ
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

LISA CASTILLO, B.U. a Minor, and L.V., a Minor, by and through their Guardian Ad Litem, Lisa Castillo

Plaintiffs,

vs.

COUNTY OF LOS ANGELES, RIHANA ACKLIN, LANA ADRIAN, ERASMO AGUILAR, NORMA WARD, VIRGINA ESPINOZA, CHRISTINA ALFARO, AND Does 1 through 9

Defendants.

Case No.: CV14-07702 BRO (Ex)
Assigned to the Honorable: Beverly Reid O'Connell
Courtroom: 14

**JOINT STATUS REPORT**

Complaint Filed: October 9, 2014
First Amended Complaint Filed: April 29, 2015

TO THE HONORABLE COURT:

Per the Court's order dated June 1, 2016, (Docket Number 119), Plaintiffs Lisa Castillo, B.U., a Minor and L.V., a Minor by and through their Guardian Ad Litem, Lisa Castillo and Defendants County of Los Angeles, Rihana Acklin, Erasmo Aguilar, Norma Ward and Virginia Espinoza hereby submit a Joint Status Report to inform the Court the progress in the settlement process.

## I. <u>STATUS OF SETTLEMENT PROCESS</u>

1. The Settlement Agreement and Release in the matter was executed by all parties on May 27, 2016.

PETERSON · BRADFORD · BURKWITZ
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

2. In accordance with the County of Los Angeles' approval process, the matter will first come before the County's Claims Board for approval. If approved, the matter will then be submitted to the Los Angeles County Board of Supervisors for approval. The County agreed to use its best efforts to have the approval process completed within 120 days.

3. The Parties hereby request an OSC on or about September 26, 2016 which is approximately 120 days from the date of execution of the Agreement.

DATED: July 29, 2016 PETERSON · BRADFORD · BURKWITZ

By: /s/ Diana Ratcliff
Avi Burkwitz, Esq.
Diana Ratcliff, Esq.
Natalie U. Luongo, Esq.
Attorneys for Defendants,
COUNTY OF LOS ANGELES,
RIHANA ACKLIN, ERASMO
AGUILAR, NORMA WARD &
VIRGINIA ESPINOZA

DATED: July 29, 2016 PETERSON · BRADFORD · BURKWITZ

By: /s/ Luke Jackson
Vincent W. Davis, Esq.
Luke Jackson, Esq.
Attorneys for Plaintiffs,
LISA CASTILLO, B.U., a Minor and
L.V., a Minor by and through their
Guardian Ad Litem, LISA
CASTILLO

PETERSON · BRADFORD · BURKWITZ
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 100 North First Street, Suite 300, Burbank, California 91502.

On July 29, 2016, I served the foregoing document described as:

**JOINT STATUS REPORT**

on interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED MAILING LIST**

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed document(s) with the Clerk of the Court by using the CM/ECF system. Participants in this case who are registered CM/ECF users will be served by the CM/ECF system. Participants in this case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☐ **BY MAIL:** I deposited such envelope in the mail at Burbank, California. The envelope was mailed with postage thereon fully prepaid. As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Burbank, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction.

Executed on July 29, 2016, at Burbank, California.

/s/ Martha Gonzalez

Martha Gonzalez

PETERSON · BRADFORD · BURKWITZ
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

# SERVICE LIST

**RE:** **Castillo, Lisa v. County of Los Angeles**

**Case No.:** CV14-07702 BRO (VBKx)

Vincent W. Davis, Esq.
Law Offices of Vincent W. Davis & Associates
150 N. Santa Anita Ave. Suite 200
Arcadia CA 91006
T: (626) 446-6442
F: (626) 446-6454
**Attorney for Plaintiff,**
**Lisa Castillo**