Avi Burkwitz, Esq., Bar No.: 217225
ABurkwitz@pbbllp.com
Diana Ratcliff, Esq., Bar No.: 228302
DRatcliff@pbbllp.com
Natalie U. Luongo, Esq., Bar No.: 285288
NLuongo@pbbllp.com
**PETERSON · BRADFORD · BURKWITZ**
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

Attorneys for Defendants,
COUNTY OF LOS ANGELES, RIHANA ACKLIN,
ERASMO AGUILAR, NORMA WARD AND VIRGINIA ESPINOZA

Vincent W. Davis, Esq. (SBN 125399)
Luke Jackson, Esq. (SBN 230084)
Law Offices of Vincent W. Davis & Associates
150 North Santa Anita Avenue, Suite 200
Arcadia, California 91006
Telephone: (626) 446-6442
Email: v.davis@vincentwdavis.com

Attorneys for Plaintiffs
LISA CASTILLO, B.U. a Minor, and L. V. a Minor, by and through their *Guardian Ad Litem*, LISA CASTILLO

PETERSON · BRADFORD · BURKWITZ
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LISA CASTILLO, B.U. a Minor, and L.V., a Minor, by and through their Guardian Ad Litem, Lisa Castillo<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, RIHANA ACKLIN, LANA ADRIAN, ERASMO AGUILAR, NORMA WARD, VIRGINA ESPINOZA, CHRISTINA ALFARO, AND Does 1 through 9<br><br>Defendants. | Case No.: CV14-07702 BRO (Ex)<br>Assigned to the Honorable: Beverly Reid O'Connell<br>Courtroom: 14<br><br>**JOINT STATUS REPORT**<br><br>Complaint Filed: October 9, 2014<br>First Amended Complaint Filed: April 29, 2015 |

TO THE HONORABLE COURT:

PETERSON · BRADFORD · BURKWITZ
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

Per the Court's order dated September 29, 2016, (Docket Number 122), Plaintiffs Lisa Castillo, Minor B.U., Minor L.V., by and through their Guardian Ad Litem, Lisa Castillo and Defendants County of Los Angeles, Rihana Acklin, Erasmo Aguilar, Norma Ward and Virginia Espinoza hereby submit a Joint Status Report.

## I. STATUS OF SETTLEMENT PROCESS

1. The settlement of this matter is subject to the County of Los Angeles' approval process, which is a two-step process. While the matter has not yet been placed on the agenda for the Claims Board, it is anticipated that the matter will be heard in October 2016. Once the Claims Board approves the settlement, the Board of Supervisors must then approve.

2. At this time, the Parties are presently not aware of any concern with regard to obtaining said approvals. The Parties respectfully request that a Status Conference be set for approximately 60 days.

DATED: October 5, 2016

PETERSON BRADFORD BURKWITZ
By: /s/ Diana Ratcliff
Avi Burkwitz
Diana Ratcliff
Attorneys for Defendants,
COUNTY OF LOS ANGELES, RIHANA ACKLIN, ERASMO AGUILAR, NORMA WARD & VIRGINIA ESPINOZA

DATED: October 5, 2016

Law Offices of Vincent W. Davis & Assoc.
By: /s/ Luke Jackson
Vincent Davis
Luke Jackson
Attorneys for Plaintiffs,
LISA CASTILLO, B.U., a Minor and L.V., a Minor by and through their Guardian Ad Litem, LISA CASTILLO

PETERSON · BRADFORD · BURKWITZ
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 100 North First Street, Suite 300, Burbank, California 91502.

On October 5, 2016, I served the foregoing document described as:

**JOINT STATUS REPORT**

on interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED MAILING LIST**

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed document(s) with the Clerk of the Court by using the CM/ECF system. Participants in this case who are registered CM/ECF users will be served by the CM/ECF system. Participants in this case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☐ **BY MAIL:** I deposited such envelope in the mail at Burbank, California. The envelope was mailed with postage thereon fully prepaid. As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Burbank, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction.

Executed on October 5, 2016, at Burbank, California.

/s/ Lynda Kerekesh

Lynda Kerekesh

PETERSON · BRADFORD · BURKWITZ
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

**SERVICE LIST**

**RE: Castillo, Lisa v. County of Los Angeles**

**Case No.:** CV14-07702 BRO (VBKx)

Vincent W. Davis, Esq.
Law Offices of Vincent W. Davis & Associates
150 N. Santa Anita Ave. Suite 200
Arcadia CA 91006
T: (626) 446-6442
F: (626) 446-6454
**Attorney for Plaintiff, Lisa Castillo**