Vincent W. Davis, Esq. (SBN 125399)
Luke Jackson, Esq. (SBN 230084)
Law Offices of Vincent W. Davis & Associates
150 North Santa Anita Avenue, Suite 200
Arcadia, California 91006
Telephone: (626) 446-6442
Facsimile: (626) 446-6454
Email: v.davis@vincentwdavis.com

Attorneys for Plaintiffs
LISA CASTILLO, B.U. a Minor, and L. V. a Minor, by and through their *Guardian Ad Litem*, LISA CASTILLO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA CASTILLO, B.U. a Minor, and L. V. a Minor, by and through their *Guardian Ad Litem*, LISA CASTILLO<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, RIHANA ACKLIN, LANA ADRIAN, ERASMO AGUILAR, NORMA WARD, VIRGINIA ESPINOZA, CHRISTINA ALFARO, and Does 1 through 9<br><br>Defendants. | Case No.: CV14-07702BRO(VBKx)<br><br>**JUDGMENT GRANTING PLAINTIFFS' PETITION AND *AMENDED* PETITION TO APPROVE COMPROMISE OF MINORS B.U. AND L.V.'S CLAIMS**<br><br>Date: March 6, 2017<br>Time: 1:30 p.m.<br>Courtroom: 7C |

/././

/././

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Based on the Petition to Approve Compromise of Minors B.U. and L.V. filed on December 9, 2016 (Docket No. 128), the *Amended* Petition to Approve Compromise of Minors B.U. and L.V. filed on February 6, 2017 (Docket No. 131), and this Court's Order thereon entered on March 6, 2017 (Docket No. 133), and *GOOD CAUSE* appearing, this Honorable Court enters the following Judgment:

1) The total amount of the settlement totaling $999,999.00 shall be paid by the Defendants to the Law Offices of Vincent W. Davis & Associates Client Trust Account;

2) The costs advanced by Plaintiffs' counsel in the amount of $25,109.98 shall be deducted and apportioned to Plaintiffs' counsel as reimbursement before division of the remaining corpus among the Plaintiffs;

3) The remaining corpus of $974,889.02 shall be divided into equal one-third shares of $324,963.00, one portion for each Plaintiff (1) Lisa Castillo, (2) B.U., a minor, and (3) L.V., a minor;

4) The one-third share of $324,963.00 to Plaintiff Lisa Castillo shall be apportioned to that adult Plaintiff after deduction of attorneys' fees per the retainer agreement she executed with Plaintiffs' counsel;

5) The one-third share of $324,963.00 to Plaintiff B.U., a minor, shall be subject to a twenty-five percent (25%) attorneys' fee contingency in the amount of $81,240.75 to be paid to Plaintiffs' counsel, with a remaining balance of $243,722.26 to the minor Plaintiff B.U.;

6) The one-third share of $324,963.00 to Plaintiff L.V., a minor, shall be subject to a twenty-five percent (25%) attorneys' fee contingency in the amount of $81,240.75 to be paid to Plaintiffs' counsel, with a remaining balance of $243,722.26 to the minor Plaintiff L.V.;

7) The funds to be paid to the minor Plaintiffs B.U. and L.V., and each of them,

shall be paid into each minor's custodial financial account that shall be administered via a minor's trust drafted by attorney Geoffrey A. Weg.

8) Distributions to the minor Plaintiffs B.U. and L.V. and each of them, will only be made for that girl's health, education, maintenance and support after they attain the age of majority.

9) Lisa Castillo, as trustee of the above minors' trust, swears and affirms that she will abide by the fiduciary obligation to act in her daughters' best interest in serving as trustee for said trust and making distributions to them thereunder.

IT IS SO ORDERED.

DATED: March 14, 2017

By: _____
Honorable Beverly R. O'Connell
United States District Court Judge