JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA CASTILLO, B.U. a Minor, and L.V., a Minor, by and through their Guardian Ad Litem, Lisa Castillo<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, RIHANA ACKLIN, LANA ADRIAN, ERASMO AGUILAR, NORMA WARD, VIRGINA ESPINOZA, CHRISTINA ALFARO, AND Does 1 through 9<br><br>Defendants. | Case No.: CV14-07702 BRO (Ex)<br>Assigned to the Honorable: Beverly Reid O'Connell<br>Courtroom: 14<br><br>**ORDER RE: STIPULATION OF DISMISSAL**<br><br><br>Complaint Filed: October 9, 2014<br>First Amended Complaint Filed: April 29, 2015 |

Based upon the Stipulation of the parties, the Court hereby orders that the above-referenced case, brought by Plaintiffs LISA CASTILLO, and B.U., a minor, and L.V., a minor by and through their Guardian Ad Litem, Lisa Castillo, be dismissed with prejudice as to all Defendants, pursuant to Rule 41(a)(2) of the <u>Federal Rules of Civil Procedure</u>.

IT IS SO ORDERED.

DATED: March 14, 2017

By: _____
Honorable Beverly R. O'Connell
United States District Court Judge